UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WESLEY RICKS**                                      CIVIL ACTION

**VERSUS**

**DEPARTMENT OF JUSTICE, ET AL.**          NO. 24-00622-BAJ-RLB

## RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 3, the "Report")**, recommending that the Court: (1) deem Plaintiff's Petition for Writ of Habeas Corpus a successive habeas corpus petition; and (2) dismiss the Petition for lack of jurisdiction, as Plaintiff did not obtain permission from the United States Court of Appeals for the Fifth Circuit prior to filing, as required by 28 U.S.C. § 2244(b)(3). There are no objections to the Report.

Having carefully considered Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) and the Report, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

Baton Rouge, Louisiana, this 2nd day of March, 2026

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**